# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

ROBERT PLEASANT                                                                      PLAINTIFF

v.                                    Case No. 4:21-cv-01211-JTK

SOCIAL SECURITY ADMINISTRATION                                      DEFENDANT

## ORDER

Pending before the Court is Plaintiff Robert Pleasant's Application for Attorney's Fees pursuant to the Equal Access to Justice Act ("EAJA"). (Doc. No. 20) Mr. Pleasant requests a total of $4,298.85 (which includes $4,275.15 in fees and $23.70 in expenses). (Doc. No. 20) Defendant does not object to this award. (Doc. No. 21) After careful consideration, the Court finds that Mr. Pleasant should be awarded reasonable attorney's fees.

EAJA fees are payable to plaintiffs, not plaintiffs' attorneys, and such fees are subject to an offset when a plaintiff has outstanding federal debts. *See Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). Therefore, subject to any offset, payment by check to the order of Mr. Pleasant, in care of her attorney, will issue to her attorney.

Accordingly, the Motion for Attorney's Fees pursuant to the EAJA (Doc. No. 20) is GRANTED. Mr. Pleasant is awarded $4,298.85.

SO ORDERED THIS 21st day of June, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE